UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61389-GAYLES/SELTZER

STEPHEN V. FULLER,
         Plaintiff,

v.

MARINEMAX, INC., a Florida corporation,
and SEA RAY BOATS, INC., a Florida
Corporation,
         Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Barry Seltzer's Report and Recommendation ("Report") [ECF No. 23]. On June 26, 2018, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion") [ECF No. 6]. Pursuant to 28 U.S.C. § 636 the Motion was referred to Magistrate Judge Seltzer for a ruling on all pretrial nondispositive matters and for a report and recommendation on any dispositive matters. [ECF No. 14]. On September 21, 2018, Judge Seltzer conducted a hearing on the Motion. On September 25, 2018, Judge Seltzer issued the Report recommending that all counts against Defendant MarineMax, Inc., be dismissed *with prejudice* as it is not a proper party, and that the remaining counts be dismissed *without prejudice* and with leave to amend certain deficiencies in the pleadings. Plaintiff timely filed a limited objection on October 9, 2018, solely as to Judge Seltzer's finding that Plaintiff shall file an amended complaint within ten days of the Report instead of this Court's Order. [ECF No. 27]. Plaintiff did not object to any other portion of the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to

which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of record as to the specific issues outlined in Plaintiff's Objections, and the remaining sections for clear error, agrees with Judge Seltzer's well-reasoned analysis that the Complaint should be dismissed.

Accordingly, after careful consideration, it is **ORDERED AND AJUDGED** as follows:

(1)    Judge Seltzer's Report and Recommendation [ECF No. 23] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference, except as to the timing for Plaintiff to file an amended complaint;

(2)    All counts against Defendant Marine Max, Inc. are **DISMISSED** *with prejudice*.

(3)    All remaining counts are **DISMISSED** *without prejudice*, and shall be amended in accordance with the Report;

(4)    Plaintiff shall file an amended complaint on or before November 17, 2018;

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of November, 2018.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2